# United States Court of Appeals
## For the First Circuit

---

No. 02-1419

SHARON PRIMUS,

Plaintiff, Appellee,

v.

RICHARD C. GALGANO,

Defendant, Appellant.

---

ERRATA SHEET

The opinion of this Court, issued on May 21, 2003, is amended as follows:

On page six, line six, replace "1991" with "1995".

On page twenty-one, line nineteen, delete "defense".